ORIGINAL

SANTOS_R.erratum

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00023 |
| Plaintiff, | ) | |
| vs. | ) | FILING ERRATUM |
| RICHARD J. SANTOS, | ) | |
| Defendant. | ) | |

The United States hereby files its Attachment "D" which was inadvertently omitted from its Petition to Transfer Payments filed January 26, 2006.

RESPECTFULLY SUBMITTED this 27th day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

Form GUD-BOP

US Attorney's Office
Districts of Guam & NMI

JAN 19 2006

Time _____
Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____

## BUREAU OF PRISONS
## IPAC PAYMENTS

| Department/Establishment: District Court of Guam | Customer ALC: 00004694-1 |
|---|---|
| Office: Clerk's Office | |
| Location: Hagatna, Guam | |
| Accounting Period: **JANUARY 2006** | |
| Originating ALC: 15030001 | |
| Document Reference No.: **14416480** | |
| Deposit No.: **463 06-031** | |

| Criminal Case No. and Name of Defendant | Payment Amount | BOP Inmate Reg. No. | Date Paid by Defendant | Institution Name |
|---|---|---|---|---|
| CR-04-00023 Santos, Richard J. | $25.00 | 02447-093 | 12/09/2005 | BML, Beaumont |

APR
1-23-04

| DATE: 01/13/06 | | | | | |
|---|---|---|---|---|---|
| FY | FUND | BUDORG | COSTORG | BOC | AMOUNT |
| 2006 | 6855XX | D09GUXX | --- | --- | $25.00 |
| | | | | TOTAL AMOUNT | $25.00 |

Reviewed By: [signature]   Date 01/17/06

Posted By: m/q   Date 1/18/2006

CD0064694700054



Form GUD-BOP

# BUREAU OF PRISONS
# IPAC PAYMENTS

| Department/Establishment: District Court of Guam | Customer ALC: 00004694-1 |
|---|---|
| Office: Clerk's Office | |
| Location: Hagatna, Guam | |
| Accounting Period: **OCTOBER 2005** | |
| Originating ALC: 15030001 | |
| Document Reference No.: **14415287** | |
| Deposit No.: **463 05-121** | |

| Criminal Case No. and Name of Defendant | Payment Amount | BOP Inmate Reg. No. | Date Paid by Defendant | Institution Name |
|---|---|---|---|---|
| CR-04-00023 Santos, Richard J. | $25.00 | 02447-093 | 9/06/2005 | BML, Beaumont |

CD 0646940013 processed 10/12/05

APP
10/2005

| DATE: 10/12/05 | | | | | |
|---|---|---|---|---|---|
| FY | FUND | BUDORG | COSTORG | BOC | AMOUNT |
| 2006 | 6855XX | D09GUXX | --- | --- | $25.00 |
| | | | | | |
| | | | | TOTAL AMOUNT | $25.00 |
| Reviewed By: [signature] | | | | Date 10/12/05 | |
| Posted By: m19 | | | | Date 10/13/2005 | |