SANTOS_R.amord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
FEB -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD J. SANTOS, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 04-00023 <br><br> **O R D E R** <br><br> Re: United States Amended Petition to Transfer Payments |

For good cause shown, the Amended Petition to Transfer Payments is hereby GRANTED. The Clerk of Court is ordered to apply the payments made by Defendant in Criminal Case No. 04-00023 through the Bureau of Prison's Inmate Financial Responsibility Program to the Defendant's restitution obligation imposed in Criminal Case No. 04-00033.

**SO ORDERED** this 7th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL