ORIGINAL

1  SANTOS_R.ampet

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 13 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00023 |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| RICHARD J. SANTOS, | ) | |
| Defendant. | ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Amended Petition to Transfer Payments** and **Order Re: United States Amended Petition to Transfer Payments** were sent to the defendant by certified mail on February 10, 2006 to the bureau of prison address where he is currently incarcerated.

*/s/ Michelle Perez*
MICHELLE PEREZ